**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1478**

———————

In Re:  JILL CHARLENE STORCH,

Debtor.

- - - - - - - - - - - - - - - -

JILL CHARLENE STORCH,

Debtor - Appellant,

versus

DEUTSCH BANK NATIONAL COMPANY, formerly known
as Bankers Trust Company of California,

Creditor - Appellee,

and

ELLEN W. COSBY,

Trustee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
05-107-1-JFM; BK-04-26509-1)

———————

Submitted:  June 22, 2006                    Decided:  June 26, 2006

———————

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jill Charlene Storch, Appellant Pro Se.  James Edward Clarke, DRAPER & GOLDBERG, PLLC, Leesburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jill Charlene Storch appeals the district court's order affirming the bankruptcy court's order denying her motion for reconsideration of the order annulling the automatic stay with respect to the property located at 8524 Willow Oak Road, Baltimore, Maryland. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. In re: Storch, Nos. CA-05-107-1-JFM; BK-04-26509-1 (D. Md. Apr. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED